UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DAVID KETCHUM,

        Plaintiff,         Case No. 10-cv-14749

v.         Honorable Thomas L. Ludington

RANDY KHAN, et al.,

        Defendants.

_____/

**ORDER STRIKING IMPROPERLY FILED LETTER**

On August 15, 2016, Plaintiff David W. Ketchum filed a personal letter to his attorney on the docket. ECF No. 78. Although the Court appreciates Plaintiff's renewed efforts to work with his attorney in prosecuting his case, Plaintiff's personal correspondence with his attorney should not be filed on the record. Plaintiff's letter will be stricken.

"It is well settled that there is no constitutional right to hybrid representation." *United States v. Lowdermilk*, 425 F. App'x 500, 504 (6th Cir. 2011) (quoting *United States v. Cromer*, 389 F.3d 662, 681 n. 12 (6th Cir.2004)) (internal quotation marks omitted). Absent any proof that Mr. Lund, Ketchum's counsel in this matter, is not able and competent to represent him, pro se appearances will not be entertained. *See Lowdermilk*, 425 F. App'x at 504 (finding no abuse of discretion in denying hybrid representation where defendant's lawyer was "competent and capable."). Ketchum's filing of the letter appears to be a pro se attempt to apprise the Court of his intentions in his case. But Ketchum is represented by counsel and, despite the difficulties Ketchum had had collaborating with his counsel, there is no evidence that Ketchum's counsel

- 1 -

has been deficient in their representation of him. Accordingly, all filings on Ketchum's behalf should be filed by his counsel.

Accordingly, it is **ORDERED** that Plaintiff's letter to his counsel, ECF No. 78, is **STRICKEN**.

Dated: August 25, 2016    s/Thomas L. Ludington
THOMAS L. LUDINGTON
United States District Judge

PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on August 25, 2016.

s/Michael A. Sian
MICHAEL A. SIAN, Case Manager